UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DARYL ANTHONY CAMERON

        Debtor(s)

JACK N. ZAHAROPOULOS          CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant

vs.

DARYL ANTHONY CAMERON
         CASE NO: 5-23-02703-MJC

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 7, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

    Respectfully submitted,

    /s/ Agatha R. McHale, Esquire
    ID: 47613
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DARYL ANTHONY CAMERON

    Debtor(s)

JACK N. ZAHAROPOULOS          CHAPTER 13
CHAPTER 13 TRUSTEE
    Movant

vs.

DARYL ANTHONY CAMERON

          CASE NO: 5-23-02703-MJC

    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

| | |
|---|---|
| U.S. Bankruptcy Court | Date: April 11, 2024 |
| Max Rosenn U.S. Courthouse | Time: 10:00 AM |
| 197 S. Main Street | |
| Wilkes Barre, PA 18701 | |

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 5445.00**
   **AMOUNT DUE FOR THIS MONTH: $1815.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $7260.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
        CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    March 7, 2024                         Respectfully submitted,

                                                   /s/ Agatha R. McHale, Esquire
                                                   ID: 47613
                                                 Attorney for Trustee
                                                 Jack N. Zaharopoulos
                                                 Standing Chapter 13 Trustee
                                                 Suite A, 8125 Adams Drive
                                                 Hummelstown, PA 17036
                                                 Phone: (717) 566-6097
                                                 email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DARYL ANTHONY CAMERON

Debtor(s)

JACK N. ZAHAROPOULOS　　　　　　　　　　　　CHAPTER 13
CHAPTER 13 TRUSTEE
　　　　　　　　Movant

vs.

DARYL ANTHONY CAMERON
　　　　　　　　　　　　　　　　　　　　　　　CASE NO: 5-23-02703-MJC

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 7, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

CHARLES LAPUTKA ESQUIRE
1344 WEST HAMILTON STREET
ALLENTOWN PA  18102-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

Served by First Class Mail

DARYL ANTHONY CAMERON
350 REMINGTON ROAD
EAST STROUDSBURG  PA   18301

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 7, 2024　　　　　　　　　　　/s/  Liz Joyce
　　　　　　　　　　　　　　　　　　　　Office of the Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Dr.
　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DARYL ANTHONY CAMERON

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-23-02703-MJC

vs.
DARYL ANTHONY CAMERON

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.