United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                       Case No. 23-02703-MJC

Daryl Anthony Cameron                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 2

Date Rcvd: Apr 08, 2024                  Form ID: ntcnfhrg                       Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Anthony Cameron, 350 Remington Road, East Stroudsburg, PA 18301-7773 |
| 5581018 | + | Amato & Associates PC, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 5581019 | + | Berkheimer Tax Administrator, PO Box 25152, Lehigh Valley, PA 18002-5152 |
| 5581021 | + | DAC Trucking Inc, 350 Remington Road, East Stroudsburg, PA 18301-7773 |
| 5581022 | + | Delicia U. Stewart, 350 Remington Road, East Stroudsburg, PA 18301-7773 |
| 5581024 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 5594386 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5581026 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 08 2024 18:48:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5581020 | | Email/Text: BKY@conserve-arm.com | Apr 08 2024 18:48:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 5581023 | + | Email/Text: DSLBKYPRO@discover.com | Apr 08 2024 18:49:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 5582411 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2024 18:48:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5593872 | ^ | MEBN | Apr 08 2024 18:42:17 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5581025 | | Email/Text: camanagement@mtb.com | Apr 08 2024 18:48:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5582096 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2024 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5587334 | + | Email/Text: JWAGNER@TBFGROUP.COM | Apr 08 2024 18:48:00 | TBF Financial, LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |
| 5581027 | + | Email/Text: JWAGNER@TBFGROUP.COM | Apr 08 2024 18:48:00 | TBF Finanical LLC, 870 Sheridan Road, Highwood, IL 60040-1003 |
| 5581028 | + | Email/Text: bankruptcy@wofco.com | Apr 08 2024 18:48:00 | Volvo Car Financial Svcs, PO Box 91614, Mobile, AL 36691-1614 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Apr 08, 2024 | Form ID: ntcnfhrg | Total Noticed: 17 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Laputka | on behalf of Debtor 1 Daryl Anthony Cameron claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daryl Anthony Cameron,  
**Debtor 1**

Chapter 13

Case No. 5:23−bk−02703−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 9, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 16, 2024<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 8, 2024 |

ntcnfhrg (08/21)