| | |
|---|---|
| In re: | Case No. 23-02703-MJC |
| Daryl Anthony Cameron | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 12, 2024 | Form ID: ordsmiss | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Anthony Cameron, 350 Remington Road, East Stroudsburg, PA 18301-7773 |
| 5581018 | + | Amato & Associates PC, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 5581019 | + | Berkheimer Tax Administrator, PO Box 25152, Lehigh Valley, PA 18002-5152 |
| 5581021 | + | DAC Trucking Inc, 350 Remington Road, East Stroudsburg, PA 18301-7773 |
| 5581022 | + | Delicia U. Stewart, 350 Remington Road, East Stroudsburg, PA 18301-7773 |
| 5581024 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 5594386 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5581026 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 12 2024 18:39:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5581020 | | Email/Text: BKY@conserve-arm.com | Apr 12 2024 18:39:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 5581023 | + | EDI: DISCOVERSL.COM | Apr 12 2024 22:38:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 5582411 | + | EDI: IRS.COM | Apr 12 2024 22:38:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5593872 | ^ | MEBN | Apr 12 2024 18:35:12 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5581025 | | Email/Text: camanagement@mtb.com | Apr 12 2024 18:39:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5582096 | | EDI: PENNDEPTREV | Apr 12 2024 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5582096 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2024 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5587334 | + | Email/Text: JWAGNER@TBFGROUP.COM | Apr 12 2024 18:39:00 | TBF Financial, LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |
| 5581027 | + | Email/Text: JWAGNER@TBFGROUP.COM | Apr 12 2024 18:39:00 | TBF Finanical LLC, 870 Sheridan Road, Highwood, IL 60040-1003 |
| 5581028 | + | Email/Text: bankruptcy@wofco.com | Apr 12 2024 18:39:00 | Volvo Car Financial Svcs, PO Box 91614, Mobile, AL 36691-1614 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Daryl Anthony Cameron claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daryl Anthony Cameron,      Chapter    13

   **Debtor 1**

        Case No.    5:23−bk−02703−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 12, 2024

ordsmiss (05/18)